```
 1   LAW OFFICES OF PATRICK R. KITCHIN
     Patrick R. Kitchin (State Bar No.: 162965)
 2   prk@investigationlogic.com
     565 Commercial Street, 4th Floor
 3   San Francisco, California 94111
     Telephone: (415) 677-9058
 4   Facsimile: (415) 627-9076

 5   Attorneys for Plaintiff
     CHARLES D. KLEIN
 6
     SEYFARTH SHAW LLP
 7   William J. Dritsas (State Bar No.: 097523)
     wdritsas@seyfarth.com
 8   Cassandra H. Carroll (State Bar No.: 209123)
     ccarroll@seyfarth.com
 9   560 Mission Street, Suite 3100
     San Francisco, California 94105
10   Telephone: (415) 397-2823
     Facsimile: (415) 397-8549
11
     Attorneys for Defendant
12   BOVIS, INC. dba GOLD DUST LOUNGE
```

**FILED**

**JUL 2 2 2005**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES D. KLEIN, | CASE NO. C 05-1255 MHP |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | |
| BOVIS, INC., a California Corporation, doing business as GOLD DUST LOUNGE, | |
| Defendants. | |

On March 29, 2005, the Court entered an Order Setting Initial Case Management Conference scheduling the deadline to file and serve a Case Management Statement for July 25, 2005 and the Case Management Conference for August 1, 2005 in Courtroom 15 at 4:00 p.m. On July 8, 2005, the parties entered into an ADR Stipulation to participate in the Court's mediation program under ADR L.R. 6. The parties agreed and hereby stipulate to complete this mediation by September 30, 2005.

1

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1    In view of the parties agreement to mediate this action by September 30, 2005, the parties hereby stipulate and respectfully request this Court to continue both (1) the deadline for service and filing of the Joint Case Management Statement and Proposed Order and (2) the Case Management Conference until after September 30, 2005

    Good cause exists for the parties' request for a continuance because the mediation will enable the parties to seek to informally resolve this litigation before they incur further litigation expenses, including the amounts associated with preparing a Joint Case Management Statement and Proposed Order and appearing for the Case Management Conference. Moreover, while the parties intend to complete their initial disclosures on July 25, 2005, as provided by the Court's Order, the parties have also agreed and hereby stipulate to delay written discovery and depositions in this matter until thirty (30) days after the mediation is completed. Both parties have agreed to cooperate in minimizing litigation fees and expenses in an effort to resolve this matter early through mediation.

DATED: July 14, 2005    LAW OFFICES OF PATRICK R. KITCHIN

By: /s/ Patrick R. Kitchin
Patrick R. Kitchin
Attorneys for Plaintiff
CHARLES D. KLEIN

DATED: July 1⧸, 2005    SEYFARTH SHAW LLP

By: Cassandra H. Carroll
William J. Dritsas
Cassandra H. Carroll
Attorneys for Defendant
BOVIS, INC. dba GOLD DUST LOUNGE

IS SO ORDERED:

Dated: 7/22/2005

Marilyn Hall Patel
United States District Judge

A FURTHER CASE MANAGEMENT CONFERENCE IS SET FOR NOVEMBER 7, 2005 at 4:00 pm; A JOINT STATEMENT SHALL BE FILED ONE WEEK PRIOR TO THE CONFERENCE.

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE