Case 3:05-cv-01255-MHP    Document 16    Filed 10/11/2005    Page 1 of 1

**FILED**

**OCT 1 3 2005**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Patrick R. Kitchin (State Bar No. 162965)
   **Law Office of Patrick R. Kitchin**
2  565 Commercial Street, 4th Floor
   San Francisco, California 94111
3  (415) 677-9058
4  **Attorneys for Plaintiff Charles D. Klein**

UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES D. KLEIN, | ) | Case No. C 05-01255 MHP |
| | ) | |
| Plaintiff, | ) | |
| | ) | PLAINTIFF CHARLES D. |
| v. | ) | KLEIN'S REQUEST FOR |
| | ) | DISMISSAL WITH PREJUDICE |
| BOVIS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Charles D. Klein hereby requests that this matter, and all causes of action stated herein, be dismissed with prejudice.

DATED:   October 11, 2005

By: ____s/ Patrick R. Kitchin_____

Patrick R. Kitchin

**LAW OFFICE OF PATRICK R. KITCHIN**

**Counsel to Plaintiff Charles D. Klein**

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE

11/12/05

REQUEST FOR DISMISSAL WITH PREJUDICE